**ORIGINAL**

**FILED**

07/06/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0249

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0249

WILLIAM LOREN SADDLER,

Petitioner,

v.

JAMES SALMONSEN, Warden,
Montana State Prison,

Respondent.

FILED

JUL 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

William Loren Saddler has filed a Petition for Writ of Habeas Corpus, requesting credit for time served of 347 days while he was detained in Lewis and Clark County. The State of Montana has responded, as directed, and concedes that Saddler's underlying criminal case should be remanded to the Lewis and Clark County District Court to amend its Judgment and Commitment to reflect the credit from his arrest to the sentencing date.

On the State's concession, and with good cause shown, we agree that remand to the District Court is appropriate for correction. Section 46-22-101(1), MCA; *State v. Heafner*, 2010 MT 87, ¶ 11, 356 Mont. 128, 231 P.3d 1087.

IT IS THEREFORE ORDERED that Saddler's Petition for Writ of Habeas Corpus is GRANTED in part. The October 6, 2020 Judgment in Lewis and Clark County Cause No. ADC 19-511 is REMANDED to the First Judicial District Court for amendment to include credit for time served from October 19, 2019, to September 20, 2020, or 347 days.

IT IS FURTHER ORDERED that Saddler's request for a fact-finding hearing and other claims are DENIED.

The Clerk is directed to provide a copy of this Order to: the Honorable Mike Menahan, First Judicial District Court; Angie Sparks, Clerk of District Court, Lewis and

Clark County, under Cause No. ADC 19-511; counsel of record; and William Loren Saddler personally.

DATED this 6 day of July, 2022.

_____

_____

_____

_____

_____
Justices